IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEITH TESKY, MARK TESSMER, CHRISTOPHER VANGOETHEM, KAL TESKY, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>BONE & JOINT CLINIC, S.C.,<br><br>            Defendant. | Case No. 3:23-cv-00184-jdp – Consolidated |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs Keith Tesky, Mark Tessmer, Chistopher Vangoethem, and Kal Tesky, individually (collectively, "Plaintiffs"), and on behalf of all others similarly situated, hereby move this Court to:

    a.    Appoint Plaintiffs Keith Tesky, Mark Tessmer, Christopher Vangoethem, Kal Tesky and Ken Ollerman as Class Representatives of the Settlement Class;

    b.    Appoint Settlement Class Counsel Raina Borrelli of Turke & Strauss, LLP, Danielle L. Perry of Mason LLP, and Ken Grunfeld of Kopelowitz Ostrow Ferguson Weiselberg Gilbert;

    c.    Certify the Settlement Class under Federal Rule 23 for settlement purposes only;

    d.    Preliminarily approve this Settlement Agreement for purposes of disseminating Notice to the Settlement Class;

    e.    Approve the form and contents of the Notice and the method of its dissemination to members of the Settlement Class; and

    f.    Schedule a Final Approval Hearing to review comments and/or objections regarding this Settlement Agreement, to consider its fairness, reasonableness and adequacy, to consider the

application for a Fee Award and incentive awards to the Class Representatives, and to consider whether the Court shall issue a Final Judgment approving this Settlement Agreement, to consider Class Counsel's application for the Fee Award and the incentive award to the Class Representatives, and dismissing the Action with prejudice.

Plaintiffs' motion is based on: this Motion and the accompanying Notice of Motion; Plaintiffs' Memorandum in Support of Unopposed Motion for Class Action Settlement; the Declaration of Danielle L. Perry filed in support of Plaintiffs' Motion and all exhibits including the Settlement Agreement; all exhibits and attachments to the Motion and the Settlement Agreement including the Parties' draft Notice, Claim Form, and the Proposed Preliminary Approval Order submitted herewith.

Dated: October 25, 2023                Respectfully submitted,

By:  */s/ Samuel J. Strauss*
Samuel J. Strauss (Bar No. 1113942)
Raina C. Borrelli (*pro hac vice*)
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: 608-237-1775
Facsimile: 608-509-4423
sam@turkestrauss.com
raina@turkestrauss.com

Lisa A. White (admitted, WD of Wisconsin)
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
MASON LLP
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
lwhite@masonllp.com
gmason@masonllp.com
dperry@masonllp.com

Kenneth J. Grunfeld (admitted, WD of Wisconsin)
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
65 Overhill Road
Bala Cynwyd, PA 19004

Telephone: 954-525-4100
grunfeld@kolawyers.com

*Counsel for Plaintiffs and the Proposed Class*

Case: 3:23-cv-00287-jdp   Document #: 16   Filed: 10/25/23   Page 3 of 4

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on October 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 25th day of October, 2023.

                TURKE & STRAUSS LLP

                By: */s/ Samuel J. Strauss*
                      Samuel J. Strauss
                      sam@turkestrauss.com
                      TURKE & STRAUSS LLP
                      613 Williamson St., Suite 201
                      Madison, WI 53703
                      Telephone: (608) 237-1775
                      Facsimile: (608) 509-4423